**Jon MILLS, Plaintiff–Appellant,**

**Rodney RUTLEDGE, Plaintiff,**

**v.**

**State of ARKANSAS; Mike Huckabee, Governor of Arkansas; Mark Pryor, Attorney General of Arkansas; Larry Norris, Director, Arkansas Department of Correction; Marvin Evans, Jr., Warden, East Arkansas Regional Unit, ADC; John Does, 1—12 and Jane Doe, Defendants–Appellees.**

No. 02–3552.

United States Court of Appeals, Eighth Circuit.

Submitted June 24, 2003.

Decided June 26, 2003.

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

---

* The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

PER CURIAM.

Arkansas inmate Jon Mills appeals the district court's * denial of Mills's motion to reopen his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

A true copy.

* The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.